[No. 22576–6–I.   Division One.   October 16, 1989.]

GRETCHEN NELSON, *Appellant*, v. GAI'S SEATTLE FRENCH BAKING CO., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–19152–8, Shannon Wetherall, J., entered October 22, 1987. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson and Forrest, JJ.

[No. 10963–8–II.   Division Two.   October 16, 1989.]

JOHN MALONEY, *as Personal Representative, Appellant*, v. WAYNE RUSSELL CARLSON, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 86–2–01176–9, John N. Skimas, J., entered April 10, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 11732–1–II.   Division Two.   October 16, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL JAMES BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86–1–00366–9, Daniel J. Berschauer, J., entered January 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 8844–8–III.   Division Three.   October 17, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN C. WHELCHEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 86–1–00197–5, Evan E. Sperline, J., entered September 4, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.